IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BLITZSAFE TEXAS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| MITSUBISHI ELECTRIC CORPORATION, | § | **CIVIL ACTION NO. 2:17-CV-00430-JRG** |
| MITSUBISHI MOTORS CORPORATION, | § | (Lead Case) |
| MITSUBISHI MOTORS NORTH | § | |
| AMERICA, INC., | § | |
| | § | |
| BAYERISCHE MOTOREN WERKE AG, | § | **CIVIL ACTION NO. 2:17-CV-00418-JRG** |
| BMW OF NORTH AMERICA, LLC, | § | (Member Case) |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice ("the Motion") filed by Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") and Defendants Bayerische Motoren Werke AG ("BMWAG") and BMW of North America, LLC ("BMWNA") (collectively, (BMW") (together, collectively, "the Parties"). (Dkt. No. 271). In the Motion, the Parties jointly "request that all claims for relief and causes of action asserted by Blitzsafe against the BMW Defendants" be "dismissed with prejudice," with each party to bear its own "attorneys' fees, expenses, and costs incurred to date." (*Id.* at 1–2). The Parties further request that the Court retain jurisdiction to "adjudicate any issues relating to the settlement agreement." (*Id.* at 2).

Having considered the Motion, the Court finds it should be and hereby is **GRANTED**. The Court **ORDERS** that Blitzsafe's claims against BMW in the above-captioned cases are **DISMISSED WITH PREJUDICE**. Each Party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief are **DENIED AS MOOT**. The Clerk of the Court is directed

to **CLOSE** Case No. 2:17-cv-418-JRG. The Court hereby retains jurisdiction over any issues relating to the Parties' settlement agreement in this case.

So ORDERED and SIGNED this 1st day of August, 2019.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE